NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**INVENTOR HOLDINGS, LLC,**
*Plaintiff-Appellant*

**v.**

**BED BATH & BEYOND, INC.,**
*Defendant-Appellee*

———————————

2015-1988

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00448-GMS, Judge Gregory M. Sleet.

———————————

**JUDGMENT**

———————————

RICHARD CHARLES WEINBLATT, Stamoulis & Weinblatt LLC, Wilmington, DE, argued for plaintiff-appellant.

DAVID BRANDON CONRAD, Fish & Richardson P.C., Dallas, TX, argued for defendant-appellee. Also represented by RICARDO BONILLA, NEIL J. MCNABNAY; JOHN A. DRAGSETH, Minneapolis, MN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, PLAGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| April 7, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |